

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE MATTER | § | No. 08-13-00282-CV |
| OF THE GUARDIANSHIP | § | Appeal from the |
| OF SOCORRO MIRANDA, | § | Probate Court No. 2 |
| AN INCAPACITATED PERSON | § | of El Paso County, Texas |
|  | § | (TC# 2012-CGD01716) |
|  | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH DAY OF MAY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.